1   RICHARD MAC BRIDE, SB# 199695
    LAW OFFICES OF RICHARD A. MAC BRIDE
2   865 Marina Bay Parkway, Suite 43
3   RICHMOND, CA 94804
    Phone 415-730-6289
4   Fax 510-439-2786
5   Attorney for Plaintiff Jose Daniel Castillo-Antonio

6

7                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8

9   Jose Daniel Castillo-Antonio,              )   Case Number _____ 13-04103 KAW
                                               )
10                      Plaintiff,             )
                                               )
11  vs.                                        )
                                               )
12  Jose Reynoso dba Taqueria Maria, DDRM Hilltop )   STIPULATION OF DISMISSAL WITH
    Plaza LP, and Does 1 to 50 inclusive,      )   PREJUDICE AND (Proposed) ORDER
13                                             )
                                               )
14                      Defendants.            )
                                               )
15  _____ )

16        Plaintiff Jose Daniel Castillo-Antonio and Defendant DDRM Hilltop Plaza LP, by and through

17  their respective attorneys of record, hereby stipulate as follows:

18        1.      The Parties have reached a resolution of all claims and have agreed to the dismissal of

19  the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

20        2.      Accordingly, the Parties jointly request that the Court dismiss this action with

21  prejudice, each party to bear their own attorney fees and costs.

22  Dated: February 21, 2014              Law Offices of Richard A. Mac Bride

23                                        By:    /s/ Richard A. Mac Bride
                                                 Richard A. Mac Bride
24                                        Attorney for Plaintiff
                                          Jose Daniel Castillo-Antonio
25

26  Dated: February 21, 2013              Baker & Hostetler LLP

27                                        By:    /s/ Ryan D. Fischbach
                                                 Ryan D. Fischbach
28                                        Attorney for Defendant
                                          DDRM Hilltop Plaza LP

_____

STIPULATION AND ORDER OF DISMISSAL – 13-04103

1

ORDER OF DISMISSAL WITH PREJUDICE

2

3        Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause

4   appearing, it is hereby ORDERED:

5        1.    That the action *Jose Daniel Castillo-Antonio v. Jose Reynoso dba Taqueria Maria and*

6   *DDRM Hilltop Plaza LP, Case No. C-13-04103 KAW*, is dismissed with prejudice with each party to

7   bear his or her own attorney's fees and costs.

8

9   Date:  2/25/14

10

11                              Richard Seeborg
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28